1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant VASQUEZ-VIDES
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. CR 12-00827 LHK |
| 11 | Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| 12 | vs. ) | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| 13 | JOSE VASQUEZ-VIDES, ) | |
| 14 | Defendant. ) | |
| 15 | _____) | |

16     The defendant, Jose Vasquez-Vides, represented by Assistant Federal Public Defender

17 Diana A. Garrido, and the government, represented by Special Assistant United States Attorney

18 Carolyne A. Sanin, hereby stipulate that, with the Court's approval, the status conference

19 currently set for Wednesday, January 2, 2013 at 9:00 a.m., shall be continued to Wednesday,

20 January 16, 2013 at 9:00 a.m.

21     The continuance is requested to provide both defense counsel and the government with

22 additional time to obtain and review discovery and to negotiate an appropriate resolution. The

23 continuance would provide both parties with the reasonable time necessary for effective

24 preparation. Accordingly, both parties respectfully request that the time between January 2, 2013

25 and January 16, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

26 (B)(iv).

Stipulation and [Proposed] Order
CR 12-00827 LHK                                        1

Dated: December 28, 2012

                    STEVEN G. KALAR
                    Federal Public Defender

                    /s/
                    DIANA A. GARRIDO
                    Assistant Federal Public Defender

Dated: December 28, 2012

                    MELINDA HAAG
                    United States Attorney

                    /s/
                    CAROLYNE A. SANIN
                    Special Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the time between January 2, 2013 and January 16, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 28, 2012

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge