STEVEN G. KALAR
Federal Public Defender
DIANA A. GARRIDO
Assistant Federal Public Defender
160 West Santa Clara Street
Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant VASQUEZ-VIDES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00827 LHK |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| JOSE VASQUEZ-VIDES, | |
| Defendant. | |

The defendant, Jose Vasquez-Vides, represented by Assistant Federal Public Defender Diana A. Garrido, and the government, represented by Special Assistant United States Attorney Carolyne A. Sanin, hereby stipulate that, with the Court's approval, the status conference currently set for Wednesday, February 20, 2013 at 9:00 a.m., shall be continued to Wednesday, March 20, 2013 at 9:00 a.m.

The continuance is requested to provide both defense counsel and the government with additional time to research legal issues, review discovery and to negotiate an appropriate resolution. The continuance would provide both parties with the reasonable time necessary for effective preparation. Accordingly, both parties respectfully request that the time between February 20, 2013 and March 20, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Stipulation and [] Order
CR 12-00827 LHK                                    1

1

Dated: February 13, 2013

2

3
STEVEN G. KALAR
Federal Public Defender

4

5
/s/
DIANA A. GARRIDO
Assistant Federal Public Defender

6

7  Dated: February 13, 2013

8
MELINDA HAAG
United States Attorney

9

10
/s/
CAROLYNE A. SANIN

11
Special Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1 **[] ORDER**

2   Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that
3 the status conference currently set for Wednesday, February 20, 2013 be continued to
4 Wednesday, March 20, 2013. The Court FURTHER ORDERS that the time between February 20,
5 2013 and March 20, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court
6 finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested
7 continuance would unreasonably deny counsel reasonable time necessary for effective
8 preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that
9 the ends of justice served by granting the requested continuance outweigh the best interest of the
10 public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of
11 time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

13 IT IS SO ORDERED.

15 DATED: "4 l37 l35"                      _____
                                            THE HONORABLE LUCY H. KOH
16                                          United States District Judge